372 A.2d 422
Commonwealth v. Johnson, Appellant.

Submitted June 14, 1976. Philip Bagdon, for appellant; Pamela Esposito, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

372 A.2d 423
Commonwealth v. Johnson, Appellant.

Submitted April 12, 1976. Ralph J. Cappy, Public Defender, for appellant; Robert L. Campbell, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.